1034

[No. 17879-2-I. Division One. January 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
PRESS LEE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-06700-3, Gary M. Little, J., entered January 16, 1986. *Reversed* by unpublished opinion per Grosse,
J., concurred in by Swanson and Pekelis, JJ.

[No. 16076-1-I. Division One. January 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
VIRGIL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-01613-2, James A. Noe, J., entered
December 19, 1984. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Scholfield, C.J., and Webster,
J.

[No. 16713-8-I. Division One. January 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. C.J.C.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-8-01107-6, Charles V. Johnson, J., entered
June 26, 1985. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16580-1-I. Division One. January 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. NATHAN
MICHAEL RIDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-8-00455-0, Francis E. Holman, J., entered
May 8, 1985. *Affirmed* by unpublished opinion per Ringold,
A.C.J., concurred in by Williams and Pekelis, JJ.